Dennis BLANDIN, Plaintiff–Appellant,

v.

CONTINENTAL CARBONIC PRODUCTS, INC.,
Defendant–Respondent.

No. WD 40593.

Missouri Court of Appeals,
Western District.

Nov. 29, 1988.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
Jan. 31, 1989.

Application to Transfer Denied
March 14, 1989.

John E. Turner, Kansas City, for plaintiff-appellant.

Kirk J. Goza, Kansas City, for defendant-respondent.

Before COVINGTON, P.J., and NUGENT and GAITAN, JJ.

## ORDER

PER CURIAM:

Appeal from summary judgment in an action for wrongful termination of employment.

AFFIRMED. Rule 84.16(b).